IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SCOTT GANGLOFF

        v.                         NO. 02-CV-4615

SEARS ROEBUCK & CO. and BAUGHAN
& BUSHNELL MANUFACTURING CO.


## ARBITRATION CERTIFICATION

    I, Thomas W. Sheridan, counsel for Plaintiff, Scott Gangloff, do hereby certify pursuant to Local Rule 53.2 – ARBITRATION, that to the best of my knowledge and belief the damages recoverable in the above-captioned civil action exceed the sum of $150,000 exclusive of interest and cots.


DATE: _____July 15, 2002_____

                                                THOMAS W. SHERIDAN, ESQUIRE
                                                Identification No. 56939
                                                3800 Centre Square West
                                                Philadelphia, PA  19102
                                                (215)  972-7800
                                                Attorney for Plaintiff