IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEARS ROEBUCK & CO., ET AL. | : | NO. 02-4615 |

## **O R D E R**

AND NOW, this 15th day of August, 2002, it is Ordered that a hearing on defendants' motion to dismiss/motion to strike (doc. no. 3) is scheduled for **September 4, 2002 at 2:30 p.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 3A, 3rd floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.


ATTEST:                                or    BY THE COURT


BY:_____    _____
Deputy Clerk                                  Judge

C.V. 12 (4/99)

xc: Anthony W. Hinkle, Esq.
    John F. Hayes, Esq.
    Sean E. Quinn, Esq.
faxed to: Thomas W. Sheridan, Esq.