IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4615 |
| SEARS ROEBUCK & CO. | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on January 24, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date: October 25, 2002

Copies:	Constantine Flores, Courtroom Deputy to Judge Eduardo C. Robreno
Docket Clerk - Case File

Counsel:	Sean E. Quinn, Esq.
Thomas W. Sheridan, Esq.
Anthony W. Hinkle, Esq.
J. Michael Adams, Esq.
John F. Hayes, Esq.
Michael R. Lettrich, Esq.

ARB2.FRM