# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| SEARS ROEBUCK, ET AL. | : | NO. 02-4615 |

### ORDER

AND NOW, this _____ day of November, 2002, it is Ordered that the above captioned case shall be removed from the arbitration track and placed on the standard track.

IT IS SO ORDERED.

                                                                EDUARDO C. ROBRENO, J.