```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT GANGLOFF                    :        CIVIL ACTION
                                  :
          v.                      :
                                  :
SEARS ROEBUCK & CO, ET AL.        :        NO. 02-3732
                                             & 02-4615
```

## **O R D E R**

AND NOW, this 6th day of June, 2003, it is Ordered that a telephone conference on the joint motion for enlargement of time for discovery (doc. no. 14) is scheduled for **June 16, 2003 at 9:00 a.m.**, with the Honorable Eduardo C. Robreno.

Plaintiff's counsel shall initiate the telephone conference and call Chambers at (215) 597-4073 when all parties are on the line.

```
     ATTEST:                    or     BY THE COURT


     BY:_____        _____
        Deputy Clerk                           Judge
```

C.V. 12 (4/99)

faxed to: Thomas W. Sheridan, Esq.
xc: J. Michael Adams, Esq.
    John F. Hayes, Esq.
    Michael R. Lettric, Esq.
    Anthony W. Hinkle, Esq.
    Sean E. Quinn, Esq.

Case 2:02-cv-04615-ER    Document 19    Filed 06/06/2003    Page 2 of 2