```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SCOTT GANGLOFF, | : | CIVIL ACTION |
| | : | NO. 02-3732, 02-4615 |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SEARS, ROEBUCK AND CO. | : | |
| | : | |
|     and | : | |
| | : | |
| VAUGHN & BUSHNELL | : | |
| MANUFACTURING CO., | : | |
| | : | |
|     Defendants. | : | |

<u>AMENDED SCHEDULING ORDER</u>

**AND NOW**, this **16th** day of **June, 2003**, following an initial pretrial conference with counsel for the parties, and pursuant to Federal Rule of Civil Procedure 16, Local Rule of Civil Procedure 16.1(b), and § 2:01 of the Civil Justice Expense and Delay Reduction Plan, it is hereby **ORDERED** that:

    1.  All discovery, written, oral and expert, shall be completed by **October 1, 2003.**

    2.  Any motions for summary judgment shall be filed by **October 1, 2003,** provided that the parties submit a statement of uncontested facts with any such motion.  Responses to any motions for summary judgment shall be filed within the time permitted under Local Rule of Civil Procedure 7.1(c);

    3.  Pretrial memoranda pursuant to Local Rule of Civil

Procedure 16.1(c); proposed voir dire questions, jury instructions,[1] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed (with a copy of each also delivered to Chambers)[2] by **October 24, 2003**.

    4.   The case shall be placed in the trial pool on **November 3, 2003**. Once placed in the trial pool, a case may be called to trial upon 24 hours' notice to counsel;

    5.   If agreeable to all parties, counsel for plaintiff shall telephone Chambers to schedule a settlement conference with a Magistrate Judge;

    6.   If agreeable to all parties, counsel for plaintiff shall telephone Chambers to submit the case to arbitration; and

    7.   Plaintiff's counsel shall advise the Court promptly of any settlement of the case.

                                         **EDUARDO C. ROBRENO,      J.**

---

1. Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

2. When possible, a courtesy copy of proposed jury instructions (or proposed findings of fact and conclusions of law) should be submitted to Chambers on an IBM-compatible computer diskette, in addition to the hard courtesy copy.