```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

SCOTT GANGLOFF              :    CIVIL ACTION
                            :
        v.                    :
                            :
SEARS, ROEBUCK & CO., ET AL. :    No. 02-4615

**NOTICE OF DISCOVERY CONFERENCE**

TO RESPONDING PARTY:

       1.   A motion to compel discovery (the "Motion") has been filed by Plaintiff.  The Motion[1] claims you have failed to either respond or object to a discovery request on a timely fashion.

       2.   The Court has scheduled a conference to discuss the Motion(s) on **August 7, 2003** at **2:30 p.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 3A, 3rd floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

       3.   You may file a response to the Motion with a copy delivered to chambers within forty-eight (48) hours prior to the date of the conference.

       4.   If you produce the requested discovery prior to the date of the conference, upon notice to the Court, by the moving party that the discovery dispute has been resolved the conference will be canceled and the Motion will be denied as moot.  Any request for counsel fees by the moving party will be considered at the conclusion of the litigation.

---

1. Plaintiff's motion to compel discovery (doc. no. 21).

5.   If you fail to produce the requested discovery on or before the date of the conference, and in the event the Court grants the Motion, sanctions may be imposed upon you, including costs and counsel fees.  Fed. R. Civ. P. 37.

6.   This Notice shall serve as notice to all parties.


ATTEST:                              or     BY THE COURT

BY:_____                _____
     Deputy Clerk                              Judge

**DATE:** July 31, 2003

faxed & mailed to: Thomas W. Sheridan, Esq.
                   Sean E. Quinn, Esq.
                   Michael R. Lettric, Esq.
                   J. Michael Adams, Esq.