```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SCOTT GANGLOFF,                  :   CIVIL ACTION
                                 :   NO. 02-4615
     Plaintiff,                  :
                                 :
     v.                          :
                                 :
SEARS, ROEBUCK AND CO.           :
                                 :
     and                         :
                                 :
VAUGHN & BUSHNELL                :
MANUFACTURING CO.,               :
                                 :
     Defendants.                 :
```

ORDER

**AND NOW**, this **7th** day of **August, 2003,** following a hearing on plaintiff's motion to compel (doc. no. 21), it is hereby **ORDERED** that the motion is **GRANTED in part** and **DENIED in part** as stated on the record.

It is **FURTHER ORDERED** that defendants shall amend their responses to plaintiff's interrogatories and requests for production of documents by **September 22, 2003,** in accordance with the court's oral directions on the record.[1]

**IT IS SO ORDERED.**

                                    **EDUARDO C. ROBRENO,         J.**

---

1. All further discover shall also proceed in accordance with the court's oral directions on the record.