IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEARS ROEBUCK & CO, ET AL. | : | NO. 02-4615 |

**O R D E R**

AND NOW, this 9th day of October, 2003, it is Ordered that a hearing on defendants' motion to stay discovery (doc. no. 26) is scheduled for **October 14, 2003 at 11:30 a.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 11A, 11th floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.


ATTEST:                     or     BY THE COURT


BY:_____      _____
Deputy Clerk                        Judge


C.V. 12 (4/99)

faxed to: Thomas W. Sheridan, Esq.
          Sean E. Quinn, Esq.
          Anthony W. Hinkle, Esq.
          John F. Hayes, Esq.
          Michael R. Lettric, Esq.
          J. Michael Adams, Esq.

Case 2:02-cv-04615-ER     Document 28     Filed 10/09/2003     Page 2 of 2