IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEARS ROEBUCK & CO., et al., | : | NO. 02-4615 |

### O R D E R

AND NOW, this **15th** day of **October 2003**, it is Ordered that the Hearing initially scheduled on October 14, 2003 is **RESCHEDULED** on **October 22, 2003 at 9:30 a.m.**, in Courtroom 11A, 601 Market Street, Philadelphia, Pennsylvania

ATTEST:                    or    BY THE COURT


BY:_____      _____
Deputy Clerk                    Judge


C.V. 12 (4/99)

cc:

Sean E. Quinn, Esq.      via E-mail
Thomas W. Sheridan, Esq. via E-mail
Anthony W. Hinkle, Esq., via Fax
J. Michael Adams, Esq.   via Fax

Case 2:02-cv-04615-ER   Document 29   Filed 10/15/2003   Page 2 of 2