IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF, | : | CIVIL ACTION |
| | : | NO. 02-4615 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SEARS, ROEBUCK AND CO. | : | |
| | : | |
| and | : | |
| | : | |
| VAUGHN & BUSHNELL MANUFACTURING CO., | : | |
| | : | |
| Defendants. | : | |

### SECOND AMENDED SCHEDULING ORDER

**AND NOW**, this **22nd** day of **October 2003**, it is hereby **ORDERED** as follows:

1. All discovery shall be completed by **January 22, 2004** (pursuant to Federal Rule of Civil Procedure 26(a)(2), plaintiff's experts' identities and their reports (including any curricula vitae) shall be disclosed by **January 22, 2004**)[1];

---

1. Plaintiff shall provide defendants with a list of specific documents and other discovery that it seeks produced. The parties shall then meet in person to discuss all outstanding items of discovery, including but not limited to, the time, date and place for the deposition of Daniel Chambers and Farlin Caufield. In the event that the parties fail to reach an agreement at this meeting, those items as to which agreement has not been reached shall be submitted to the court for adjudication by **November 21, 2003.** The submission to the court shall include plaintiff's specific contentions describing with specificity each item sought, but not produced by the defendants. As to each item identified by plaintiff, defendants shall provide a specific and detailed explanation as to why plaintiff is not entitled to the requested information.

2. Any motions for summary judgment shall be filed by **January 22, 2004,** provided that the parties submit a statement of uncontested facts with any such motion. Responses to any motions for summary judgment shall be filed within the time permitted under Local Rule of Civil Procedure 7.1(c);

3. Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury instructions,[2] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed (with a copy of each also delivered to Chambers)[3] by **February 13, 2004;**

4. The case shall be placed in the trial pool on **February 23, 2004.** Once placed in the trial pool, a case may be called to trial upon 24 hours' notice to counsel;

5. If agreeable to both parties, counsel for plaintiff shall telephone Chambers to schedule a settlement conference with a Magistrate Judge; and

6. Plaintiff's counsel shall advise the Court promptly of any settlement of the case.

---

2. Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

3. When possible, a courtesy copy of proposed jury instructions (or proposed findings of fact and conclusions of law) should be submitted to Chambers on an IBM-compatible computer diskette, in addition to the hard courtesy copy.

**IT IS SO ORDERED.**

---

**EDUARDO C. ROBRENO,        J.**