```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

SCOTT GANGLOFF             :       CIVIL ACTION
                           :
        v.                 :
                           :
SEARS ROEBUCK & CO.        :       No. 02-4615

## NOTICE OF DISCOVERY CONFERENCE

TO RESPONDING PARTY:

      1.  A motion to compel discovery (the "Motion") has been filed by Defendants.  The Motion[1] claims you have failed to either respond or object to a discovery request on a timely fashion.

      2.  The Court has scheduled a conference to discuss the Motion(s) on **December 16, 2003** at **2:30 p.m.,** in Courtroom 11A, 11th floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

      3.  You may file a response to the Motion with a copy delivered to chambers within forty-eight (48) hours prior to the date of the conference.

      4.  If you produce the requested discovery prior to the date of the conference, upon notice to the Court, by the moving party that the discovery dispute has been resolved the conference will be canceled and the Motion will be denied as moot.  Any request for counsel fees by the moving party will be considered at the conclusion of the litigation.

---

1. Defendants' motion to compel plaintiff's expert discovery (doc. no. 34)

5.   If you fail to produce the requested discovery on or before the date of the conference, and in the event the Court grants the Motion, sanctions may be imposed upon you, including costs and counsel fees.  Fed. R. Civ. P. 37.

6.   This Notice shall serve as notice to all parties.

ATTEST:                                   or      BY THE COURT

BY:_____                         _____
       Deputy Clerk                                         Judge

**DATE**: December 9, 2003

faxed to: Thomas W. Sheridan, Esq.
xc: Anthony W. Hinkle, Esq.
    J. Michael Adams, Esq.
    John F. Hayes, Esq.
    Michael R. Lettric, Esq.
    Sean E. Quinn, Esq.