IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEARS ROEBUCK & CO., | : | |
| ET AL. | : | NO. 02-4615 |

### **O R D E R**

AND NOW, this 12th day of December, 2003, it is Ordered that a hearing on plaintiff's cross motion to compel (doc. no. 38) and all other discovery disputes will be addressed on **December 16, 2003 at 2:30 p.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 11A, 11th floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

ATTEST:                          or     BY THE COURT


BY:_____        _____
   Deputy Clerk                          Judge


C.V. 12 (4/99)

faxed to: Sean Quinn, Esq.
          Thomas Sheridan, Esq.
          Anthony Hinkle, Esq.
          John Hayes, Esq.
          Michael Adams, Esq.
          Michael Lettric, Esq.