IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF, | : | CIVIL ACTION |
| | : | NO. 02-4615 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SEARS, ROEBUCK AND CO. | : | |
| | : | |
| and | : | |
| | : | |
| VAUGHN & BUSHNELL MANUFACTURING CO., | : | |
| | : | |
| Defendants. | : | |

## THIRD AMENDED SCHEDULING ORDER

**AND NOW**, this **16th** day of **December 2003**, following a discovery hearing in which counsel for the parties participated, it is hereby **ORDERED** as follows:

1. Defendants' motion to compel expert discovery (doc. no. 34) shall be **DENIED** as moot;

2. Defendants' motion for protective order (doc. no. 35) shall be **DENIED** for the reasons stated on the record of this date;

3. Plaintiffs' cross motion to compel shall be **GRANTED** (doc. no. 37) for the reasons stated on the record of this date;

4. The documents and materials requested by plaintiff in the letter dated November 21, 2003 to the court shall be produced by defendants by **December 30, 2003**;

5. Plaintiff's motion to compel the depositions of general counsel of defendants shall be **DENIED** without prejudice;

6. Except as provided below, discovery shall proceed according to the second amended scheduling dated October 22, 2003;

7. The defendants shall provide plaintiff with an examiner's report pursuant to Fed. R. Civ. P. 35(b)(1) by **January 16, 2004**;

8. Plaintiff's expert reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be disclosed by **February 17, 2004**;

9. Defendants' expert reports pursuant Fed. R. Civ. P. 26(a)(2) shall be disclosed by **March 16, 2004**;

9. A scheduling conference shall be held on **March 31, 2004 at 9:30 a.m.** in Courtroom 11A, 601 Market Street, Philadelphia, PA;[1] and

10. Paragraphs 2, 3 and 4 of the second amended scheduling order dated October 22, 2003 shall be vacated.

**IT IS SO ORDERED.**

                                        **EDUARDO C. ROBRENO,        J.**

---

1. At least five days prior to the conference, both sides shall confer and thereafter provide the court with an agenda of the items to be discussed in the conference. See Local Rule 16(c).