IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF, | : | CIVIL ACTION |
| | : | NO. 02-4615 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SEARS, ROEBUCK AND CO. | : | |
| | : | |
| and | : | |
| | : | |
| VAUGHN & BUSHNELL MANUFACTURING CO., | : | |
| | : | |
| Defendants. | : | |

ORDER

**AND NOW**, this **19th** day of **December 2003**, it is hereby **ORDERED** that the court's order entered on December 17, 2003 (doc. no. 42) shall be **VACATED**.[1]

**IT IS SO ORDERED.**

                        **EDUARDO C. ROBRENO,         J.**

---

1. Discovery shall proceed by court order of December 17, 2003 (doc. no. 41).