IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF, | : | CIVIL ACTION |
| | : | NO. 02-4615 |
| Plaintiff, | : | |
| v. | : | |
| SEARS, ROEBUCK AND CO. | : | |
| and | : | |
| VAUGHN & BUSHNELL MANUFACTURING CO., | : | |
| Defendants. | : | |

ORDER

**AND NOW**, this **6th** day of **April 2004,** following a hearing, it is hereby **ORDERED** that plaintiff's motion to compel discovery and for sanctions (doc. no. 44) shall be **DENIED** for the reasons stated on the record on this date.

It is **FURTHER ORDERED** that defendant's cross-motion for sanctions (doc. no. 46) shall be **DENIED** for the reasons stated on the record on this date.

**IT IS SO ORDERED.**

**EDUARDO C. ROBRENO,        J.**

Case 2:02-cv-04615-ER    Document 49    Filed 04/07/2004    Page 2 of 2