```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SCOTT GANGLOFF, | : | CIVIL ACTION |
| | : | NO. 02-4615 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SEARS, ROEBUCK AND CO. | : | |
| | : | |
| and | : | |
| | : | |
| VAUGHN & BUSHNELL MANUFACTURING CO., | : | |
| | : | |
| Defendants. | : | |

## FOURTH AMENDED SCHEDULING ORDER

**AND NOW**, this **7th** day of **April 2004,** discovery having been completed, it is hereby **ORDERED** that motions for summary judgment shall be filed by **June 1, 2004.** Responses to any motions for summary judgment shall be filed within the time permitted under Local Rule of Civil Procedure 7.1(c). A hearing on any motions for summary judgment shall be held on **July 19, 2004** at **9:00 a.m.** prior to the commencement of trial.

It is **FURTHER ORDERED** that pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury instructions,[1] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in

---

1. Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

limine shall be filed (with a copy of each also delivered to Chambers)[2] by **July 9, 2004**.

It is **FURTHER ORDERED** that a telephone status conference shall be held on **July 12, 2004** at **11:30 a.m.** Plaintiff's counsel shall initiate the conference and call Chambers at (215) 597-4073 when all the parties are on the line.

It is **FURTHER ORDERED** that the trial in this case shall commence on **July 19, 2004** at **9:00 a.m.** in Courtroom 11A, 601 Market Street, Philadelphia, PA.

**IT IS SO ORDERED.**

                              **EDUARDO C. ROBRENO,          J.**

---

2. When possible, a courtesy copy of proposed jury instructions (or proposed findings of fact and conclusions of law) should be submitted to Chambers on an IBM-compatible computer diskette, in addition to the hard courtesy copy.