IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEARS ROEBUCK AND CO., | : | NO. 02-4615 |

### **O R D E R**

AND NOW, this **22nd** day of **June**, **2004**, it is Ordered that the Telephone Status Conference previously scheduled on July 12, 2004 is **RESCHEDULED on July 7, 2004 at 4:30 p.m.** Counsel for plaintiff shall initiate the call to Chambers at 215 597 4073.

   ATTEST:                     or    BY THE COURT


BY:_____    _____
   Deputy Clerk                       Judge

C.V. 12 (4/99)

xc:

Sean Quinn, Esquire
Thomas Sheridan, Esquire
Anthony Hinkle, Esquire
J. Michael Adams, Esquire
John Hayes, Esquire
Michael Lettrich, Esquire