IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF<br>634 Fountain Street<br>Philadelphia, PA  19128, | : <br> : <br> : | CIVIL ACTION NO:  02-CV-4615 |
| Plaintiff, | : | |
| v. | : | |
| SEARS ROEBUCK & CO.   and<br>VAUGHAN & BUSHNELL<br>MANUFACTURING CO. | : <br> : <br> : | Hon. Eduardo C. Robreno |
| Defendants. | : | |

## DEFENDANTS' PROPOSED VOIR DIRE

AND NOW, comes the defendants, Sears, Roebuck and Co. and Vaughan & Bushnell Manufacturing Co., by and through their undersigned counsel, and file the within Proposed Voir Dire:

1. Have you ever served on a jury before?

    a. If so, what type of case?

    b. What was the result in that case?

    ACCEPTED _____    REJECTED _____

2. Have you or any member of your family ever been involved in a civil lawsuit?

    ACCEPTED _____    REJECTED _____

3. Have you or any member of your family ever received workers compensation?

    ACCEPTED _____    REJECTED _____

4. Do you feel that a large corporation should be treated any differently in a court of law or is less entitled to justice than an individual citizen?

    ACCEPTED _____    REJECTED _____

5. Are you or any member of your family employed by a police department or other law enforcement agency?

    ACCEPTED _____   REJECTED _____

6. Are you or any member of your family involved with the Boy Scouts of America?

    ACCEPTED _____   REJECTED _____

7. Do you own a hammer?

    ACCEPTED _____   REJECTED _____

8. Do you own safety goggles or safety glasses?

    ACCEPTED _____   REJECTED _____

9. Have you or any member of your family ever been injured when using a hand tool or power tool?

    ACCEPTED _____   REJECTED _____

10. Have you or any member of your family ever suffered an eye injury?

    ACCEPTED _____   REJECTED _____

11. Do you suffer from any vision problems beyond wearing eyeglasses or contact lenses?

    ACCEPTED _____   REJECTED _____

12. Have you or any member of your family ever had any problem with Sears, Roebuck and Co.?

    ACCEPTED _____   REJECTED _____

13. Have you or any member of your family ever had any problem with a Craftsman tool?

    ACCEPTED _____   REJECTED _____

14. Have you or any member of your family ever had any problem with Vaughan & Bushnell Manufacturing Co.?

    ACCEPTED _____   REJECTED _____

15. Do you believe that if a person is injured when using a product, the manufacturer should be liable for any injury the user may have suffered?

   ACCEPTED _____  REJECTED _____

16. Do you believe that a manufacturer has a duty to make a product accident proof?

   ACCEPTED _____  REJECTED _____

17. Do you believe that the manufacturer of a product should be held liable for an injury the user may have suffered because the user failed to follow warnings on the product itself?

   ACCEPTED _____  REJECTED _____

      Respectfully submitted,

      CIPRIANI & WERNER, P.C.

      BY:

      AH861_____
      Anthony W. Hinkle, Esquire
      Pa. I.D. No. 49702
      Suite 111
      482 Norristown Road
      Blue Bell, PA 19422-2352
      (610) 567-0700

      Mike Adams, Esquire
      Pa. I.D. No. 49688
      Michael R. Lettrich, Esquire
      Pa. I.D. No. 80653
      1100 Two Chatham Center
      Pittsburgh, PA 15219
      Phone: (412) 281-2500

      Counsel for the Defendants

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the within DEFENDANTS' PROPOSED VOIR DIRE was served upon plaintiff's counsel via first class mail, postage prepaid, on July 9, 2004, as follows:

Thomas Sheridan, Esquire<br>
Sheridan & Murray<br>
3800 Centre Square West<br>
Philadelphia, PA 19102

CIPRIANI & WERNER, P.C.

BY:   AH861_____
       Anthony W. Hinkle, Esquire
       Pa. I.D. No. 49702
       Suite 111
       482 Norristown Road
       Blue Bell, PA 19422-2352
       (610) 567-0700

       Mike Adams, Esquire
       Pa. I.D. No. 49688
       Michael R. Lettrich, Esquire
       Pa. I.D. No. 80653
       1100 Two Chatham Center
       Pittsburgh, PA 15219
       Phone: (412) 281-2500

       Counsel for the Defendants