IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF | : | CIVIL ACTION |
| v. | : | |
| SEARS ROEBUCK & CO. | : | NO. 02-4615 |

**O R D E R**

AND NOW, this 12th day of July, 2004, it is Ordered that Trial scheduled for July 19, 2004 is continued to **July 26, 2004 at 9:00 a.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 11A, 11th floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

ATTEST:             or     BY THE COURT

BY:_____      _____
Deputy Clerk                     Judge

C.V. 12 (4/99)

faxed & mailed to: Thomas W. Sheridan, Esq.
                   Sean E. Quinn, Esq.
                   Anthony W. Hinkle, Esq.
                   Michael R. Lettrich, Esq.
                   J. Michael Adams, Esq.
                   John F. Hayes, Esq.