```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT GANGLOFF                    :        CIVIL ACTION
                                  :
        v.                        :
                                  :
SEARS ROEBUCK & CO., ET AL.       :        NO. 02-4615
```

**O R D E R**

AND NOW, this 13th day of July, 2004, it is Ordered that jury selection shall begin on **July 29, 2004 at 10:30 a.m.** and trial is scheduled for **August 2, 2004 at 10:30 a.m.**,[1] before the Honorable Eduardo C. Robreno, in Courtroom 11A, 11th floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

```
        ATTEST:                    or     BY THE COURT


        BY:_____           _____
           Deputy Clerk                        Judge
```

C.V. 12 (4/99)

faxed & mailed to:  Thomas W. Sheridan, Esq.
                    Sean E. Quinn, Esq.
                    Anthony W. Hinkle, Esq.
                    Michael R. Lettrich, Esq.
                    J. Michael Adams, Esq.
                    John F. Hayes, Esq.

---

[1] Trial rescheduled from July 26, 2004.