IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT GANGLOFF | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEARS ROEBUCK & CO., ET AL. | : | NO. 02-4615 |

### **O R D E R**

AND NOW, this 21th day of July, 2004, it is Ordered that jury selection that is scheduled for July 29, 2004 is continued to **August 2, 2004** at **10:30 a.m.**

Trial is scheduled for **August 2, 2004**, before the Honorable Eduardo C. Robreno, in Courtroom 11A, 11th floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

ATTEST:                              or     BY THE COURT


BY:_____          _____
Deputy Clerk                              Judge


C.V. 12 (4/99)

faxed to: Thomas W. Sheridan, Esq.
xc:     Sean E. Quinn, Esq.
        Anthony W. Hinkle, Esq.
        Michael R. Lettrich, Esq.
        Michael Adams, Esq.
        John F. Hayes, Esq.