```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SCOTT GANGLOFF | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEARS ROEBUCK & CO., ET AL. | : | NO. 02-4615 |

## **O R D E R**

AND NOW, this 22nd day of July, 2004, it is Ordered that Jury Selection and Trial scheduled for August 2, 2004 are continued to **August 3, 2004** at **9:30 a.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 11A, 11th floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.


    ATTEST:                    or    BY THE COURT


    BY:_____       _____
    Deputy Clerk                     Judge


C.V. 12 (4/99)

faxed to: Thomas W. Sheridan, Esq.
xc:       Sean E. Quinn, Esq.
          Anthony W. Hinkle, Esq.
          Michael R. Lettrich, Esq.
          Michael Adams, Esq.
          John F. Hayes, Esq.